UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENJAMIN S. GARCIA, | ) | 1:02-CV-5878 AWI DLB HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME |
| JIM HAMLET, Warden, | ) ) | (DOCUMENT #51) |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 30, 2005, respondent filed a motion to extend time to file an answer. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted to August 9, 2005 in which to file its answer.

IT IS SO ORDERED.

**Dated:  July 22, 2005**            /s/ Dennis L. Beck
ah0l4d                     UNITED STATES MAGISTRATE JUDGE