UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENJAMIN S. GARCIA, | ) | 1:02-CV-5878 AWI DLB HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC |
| JIM HAMLET, Warden, | ) ) | (DOCUMENT #59) |
| Respondent. | ) ) ) | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On August 29, 2005, petitioner filed a motion to extend time to file an opposition to respondent's motion for reconsideration. On September 8, 2005, and during the pendency of this request, petitioner submitted his response in opposition to the motion for reconsideration.   Accordingly, the request for an extension of time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated:   October 31, 2005           /s/ Dennis L. Beck
ah0l4d                              UNITED STATES MAGISTRATE JUDGE