# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN S. GARCIA,<br><br>         Petitioner,<br><br>    v.<br><br>JIM HAMLET,<br><br>         Respondents.<br>_____/ | CV F   02-5878 AWI DLB HC<br><br>ORDER DIRECTING PETITIONER TO SUBMIT FURTHER BRIEFING ON MOTION FOR DISCOVERY, FILED MAY 26, 2005<br><br>[Doc. 50] |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  On May 26, 2005, Petitioner filed a motion for discovery. It is unclear from reviewing Petitioner's motion what evidence he is seeking through discovery, who has the evidence, and what claim(s) the evidence relates to. Without such information, the Court cannot resolve Petitioner's motion . Accordingly, within **twenty (20)** days from the date of service of this order, Petitioner shall submit further briefing on his request for discovery, specifically addressing the issues outlined above.

  IT IS SO ORDERED.

  Dated:   **January 31, 2006**                    **/s/ Dennis L. Beck**
3b142a                                                        UNITED STATES MAGISTRATE JUDGE

1