IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN S. GARCIA,**<br><br>                              Petitioner,<br><br>          v.<br><br>**JIM HAMLET,**<br><br>                              Respondent. | CV F-02-5878 AWI DLB HC<br><br>**ORDER ON REQUEST FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO REQUEST FOR DISCOVERY**<br><br>[Doc. 76] |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for an enlargement of time is hereby granted. A response to Petitioner's request for discovery shall be filed on or before March 30, 2006.

IT IS SO ORDERED.

Dated:   **March 27, 2006**                    **/s/ Dennis L. Beck**
ah0l4d                                          UNITED STATES MAGISTRATE JUDGE