# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN S. GARCIA, | CV F   02-5878 AWI DLB HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT SUPPLEMENTAL BRIEFING |
| v. | |
| A.P. KANE, | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]

The instant petition is ready for review on the merits as Respondent filed an answer to the petition on August 9, 2005, and Petitioner filed a traverse on September 22, 2005.  Also pending is Petitioner's May 26, 2005, motion for discovery. (Court Doc. 50.)

In reviewing the record, the Court finds that additional briefing is necessary to resolve Petitioner's first ground for relief, namely, whether appellate counsel was ineffective for failing to challenge the constitutional validity of Petitioner's prior convictions on direct appeal. Although Respondent argues that Petitioner's challenge to the prior convictions is barred by Lackawanna County Dist. Attorney v. Coss, 532 U.S. 394 (2001), that argument does not resolve

---

[1] In Respondent's answer, Respondent's counsel asserts that Jim Hamlet is no longer the Warden at the Correctional Training Facility in Soledad, California.  The acting Warden is currently A.P. Kane, therefore, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Warden Kane is substituted in place of former Warden Hamlet.

the issue of whether appellate counsel was ineffective for failing to challenge the validity of the prior convictions on Petitioner's direct appeal in state court. As such, the Court finds that additional briefing by Respondent is necessary.

    Accordingly, it is HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Respondent shall file supplemental briefing addressing the claim of whether appellate counsel was ineffective for failing to challenge the constitutional validity of Petitioner's prior convictions on direct appeal; and

2. Petitioner may file a response to Respondent's supplemental briefing within thirty (30) days from the date the briefing is filed.

IT IS SO ORDERED.

Dated:   **May 11, 2006**                **/s/ Dennis L. Beck**
3b142a                                             UNITED STATES MAGISTRATE JUDGE