UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENJAMIN S. GARCIA, | ) | 1:02-CV-5878 AWI DLB HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| A. P. KANE, Warden, | ) | (DOCUMENT #80) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 8, 2006, respondent filed a motion to extend time to file a responsive pleading. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file its responsive pleading.

IT IS SO ORDERED.

Dated:   June 20, 2006                         /s/ Dennis L. Beck
ah0l4d                                  UNITED STATES MAGISTRATE JUDGE