1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

10   BENJAMIN S. GARCIA,            )     1:02-cv-05878-AWI-DLB-HC
                                    )
11            Petitioner,           )     **ORDER ADOPTING FINDINGS AND**
                                    )     **RECOMMENDATIONS** (Doc. 84)
12   v.                             )
                                    )     **ORDER DENYING PETITION FOR**
13   A.P. KANE,                     )     **WRIT OF HABEAS CORPUS**
                                    )
14            Respondent.           )     **ORDER DENYING MOTION/REQUEST**
     _____)     **FOR DISCOVERY AS MOOT**
15                                        (Doc. 50)

16                                        **ORDER DIRECTING CLERK TO**
                                          **ENTER JUDGMENT FOR RESPONDENT**
17

18        Petitioner is a state prisoner proceeding pro se with a

19   Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

20        On October 20, 2006, the Magistrate Judge filed Findings and

21   Recommendations that the Petition for Writ of Habeas Corpus be

22   DENIED, that Petitioner's motion/request for discovery be DENIED as

23   MOOT, and that judgment be entered in favor of Respondent.  These

24   Findings and Recommendations were served on all parties and

25   contained notice that any objections were to be filed within thirty

26   (30) days from the date of service of that order.  To date, the

27   parties have not filed timely objections to the Findings and

28   Recommendations.

                                    1

1    In accordance with the provisions of 28 U.S.C. § 636

2 (b)(1)(C), this Court has conducted a *de novo* review of the case.

3 Having carefully reviewed the entire file, the Court concludes that

4 the Magistrate Judge's Findings and Recommendations are supported

5 by the record and proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed October 20, 2006,

8 are ADOPTED IN FULL;

9    2.   The Petition for Writ of Habeas Corpus is DENIED;

10   3.   The Clerk of Court enter judgment in favor of Respondent;

11 and,

12   4.   Petitioner's motion/request for discovery, filed May 26,

13 2005, is DENIED as MOOT.

14

15 IT IS SO ORDERED.

16 **Dated:   December 30, 2006**                       **/s/ Anthony W. Ishii**
   0m8i78                              UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                                   2